UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
: 
UNITED STATES OF AMERICA :
:
   -v.-                                   :    **FINAL ORDER OF**
                                       :    **FORFEITURE**
VYACHESLAV DOBRER, :
        a/k/a "Slava,"             :    S1 10 Cr. 918 (LAP)
:
        Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about August 5, 2016, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment (D.E. 610) (the "Preliminary Order of Forfeiture"), which ordered the forfeiture to the United States of all right, title and interest of VYACHESLAV DOBRER, a/k/a "Slava" (the "Defendant") in the following property:

   a. $13,500 seized from Bank of America account numbered 483027663018 held in the name of ZSA Medical Care, P.C.;
   b. $3,128.68 seized from Bank of America account numbered 483032033963 held in the name of Martha L. Solimani and Luz Adriana Mejia Castano;
   c. $708.82 seized from Bank of America account numbered 483007465359 held in the name of Spring Medical Office, P.C.;
   d. $8,400 seized from Bank of America account numbered 483025596446 held in the name of Global Neurology Consultants, LLC;
   e. $1,599.05 seized from Clifton Savings Bank account numbered 0030015648 held in the name of Raphael Osheroff;
   f. $5,800 seized from Clifton Savings Bank account numbered 0039706 held in the name of Raphael Osheroff;
   g. $364.59 seized from HSBC Bank account numbered 675801362 held in the name of Empire Physical Medical Supply, Inc.;
   h. $1,729.91 seized from account numbered 675801389 held from HSBC Bank in the name of Empire Physical Medical Billing, Inc.;
   i. $4,166 seized from Citibank account numbered 80281518 held in the name of the name of Quasem Chowdury;
   j. $6,950 seized from Citibank account numbered 9979905537 held in the name of Vyacheslav Dobrer;
   k. $298.05 formerly on deposit in account number 9960073881 at Citibank, N.A., in the name of Barclay Medical Billing, Inc.;

    l. $1,820.12 formerly on deposit in account number 9955537485 at Citibank, N.A., in the name of Parkway Billing, Inc.;

    m. $612.67 seized from Citibank account numbered 9945369879 held in the name of Gref Consulting;

    n. $10,789.29 seized from Citibank account numbered 47624427 held in the name of Medical Consulting and Billing Company;

    o. $4,978 seized from Signature Bank account numbered 1500780459 held in the name of Shtrahman Associates, Inc.;

    p. $597.96 seized from Banco Popular account numbered 6803005633 in the name of Ches Consultant Group, Inc.;

    q. $6,000 seized from M & T Bank account numbered 11000911378504 held in the name of American Eagle Electric;

    r. $3,050.89 seized from Chase Bank account numbered 763532546 held in the name of Vladimir Gigineishvily and Karlo V. Gigineishvili;

    s. $11,319.33 seized from Chase Bank account numbered 826947491 held in the name of Ocean Top Medical Study;

    t. $3,120.00 seized from Chase Bank account numbered 904605280465 held in the name of REM Consulting Services Inc.;

    u. $8,903.00 seized from Chase Bank account numbered 136502690765 held in the name of Shtrahman Associates, Inc.;

    v. $10,783.83 seized from TD Bank account numbered 7917005196 held in the name of Golden Hands Chiropractic Inc.;

    w. $1,833.59 seized from TD Bank account numbered 3451934140 held in the name of KC Medical Management Resources, LLC;

    x. $9,118.13 seized from TD Bank account numbered 7924448488 held in the name of NC System Inc.;

    y. $11,434.15 seized from TD Bank account numbered 4251800475 held in the name of New Broadway Medical P.C.;

    z. $1,631.25 seized from TD Bank account numbered 3452145808 held in the name of Raphael Osheroff;

    aa. $356.30 seized from TD Bank account numbered 7926602728 held in the name of Harold Pina;

    bb. $211.31 seized from TD Bank account numbered 3454045002 held in the name of Valentin Vavrenyuk;

(a. though bb. collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Substitute Asset, and the requirement that any person asserting a legal interest in the Substitute Asset must file a petition with the Court in

accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Substitute Asset and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Substitute Asset before the United States can have clear title to the Substitute Asset;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Substitute Asset was posted on an official government internet site (www.forfeiture.gov) beginning on August 4, 2022 for thirty (30) consecutive days, through September 2, 2022, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on October 3, 2025  (D.E. 612).

WHEREAS, on or about October 19, 2022, notice of the Preliminary Order of Forfeiture was sent by certified mail to:

> Benjamin Pinczewski, Esq.
> Pinczewski & Shpelfogel, PC
> 2753 Coney Island Ave, 2nd Fl.
> Brooklyn, NY 11235
> (Zsa Medical Care Account)

> Hugh Mo, Esq.
> 225 Broadway
> New York, NY 10022
> (Spring Medical Office Acct)

>Thomas M. Murphy, Esq.
>381 Franklin Ave.
>Belleville, NJ 07109
>(Raphael Osheroff accounts)
>
>Scott L. Fenstermaker, PC
>100 Park Avenue, 16th Fl
>New York, NY 10017
>(Quasem Chowdury account)
>
>Shtrahman Associates, Inc.
>43-21 34th Street
>Long Island City, NY 10111
>(Strahman Associates accounts)
>
>Janna Korgevskaia
>c/o Rubinstein & Corozzo, LLP
>Attn: Joseph Corozzo, Esq.
>260 Madison Ave., 22nd Fl
>New York, NY 10016
>(Ocean Top Medical Supply account);

(collectively, the "First Noticed Parties");

WHEREAS, on or about April 26, 2024, notice letters were sent via certified mail to:

>Daniel Bloom, Esq.
>Bloom & Bloom, PC
>530 Blooming Grove Tpke
>New Windsor, NY 12553
>
>American Eagle Electric Co., Inc.
>80 S. Cololen Street
>Newburgh, NY 12550

(the "Second Noticed Parties");

WHEREAS, on or about May 3, 2023, notice of the Preliminary Order of Forfeiture was sent by certified mail to:

>Albert Dayan, Esq.
>80-02 Kew Gardens Rd., Suite 902

        Kew Gardens, NY 11415
        (REM Consulting Services, Inc. account)

(the "Third Noticed Party");

      WHEREAS, the notice letters to Hugh Mo, Esq. and Shtrahman Associates, Inc. were returned to this office as undeliverable;

      WHEREAS, on or about May 3, 2024, notice of the Preliminary Order of Forfeiture was sent by first class mail and by certified mail to:

        Martha L. Gomez ("Gomez")
        ▇▇▇▇▇▇▇▇▇▇▇ [1]
        Cedarhurst, NY 11516

        Adriana A. Mejia ("Mejia")
        ▇▇▇▇▇▇▇▇▇▇▇
        Valley Stream, NY 11581

        Global Neurology Consultants LLC
        1000 Central Ave, Apt. 56A
        Westfield, NJ 07090

        Empire Physical Medical Supply Inc. and
        Empire Medical Billing Inc.
        219 Brightwater Court
        Brooklyn, NY 11235

        Gref Consulting Inc.
        3541 Shore Parkway
        Brooklyn, NY 11235

        Medical Consulting and Billing Co. ("Medical Consulting")
        5804 80th Street
        Middle Village, NY 11379

        Karlo V. Gigineishvili and
        Volodymyr Gigineishvily
        ▇▇▇▇▇▇▇▇▇▇▇
        North Brunswick, NJ 08902

---

[1] The residential addresses of these individuals have been redacted for privacy, but can be provided to the Court.

    Golden Hands Chiropractic Inc.
    1801 50th Street
    Brooklyn, NY 11204

    KC Medical Management Resources, LLC
    133 Union Avenue
    Paterson, NJ 07502

    NC Systems Inc.
    2543 100th Street
    East Elmhurst, NY 11369

    New Broadway Medical PC
    815 Broadway
    Brooklyn, NY 11206

    Valentin Vavrenyuk ("Vavrenyuk")
    [REDACTED]
    Oakland, NJ 07436

(collectively, the "Fourth Noticed Parties");

    WHEREAS, the notice letters to Gomez, Mejia, Medical Consulting, and Vavrenyuk were successfully delivered. The certified notice letters to the remaining Fourth Noticed Parties were returned to this office as undeliverable;

    WHEREAS, on or about May 27, 2024, notice of the Preliminary Order of Forfeiture was sent via first class mail and certified mail to the following:

    Spring Medical Office ("Spring-1")
    194 Bay 22nd Street, Apt. 2B
    Brooklyn, NY 11214

    Spring Medical Office
    136-15 37th Ave, Suite 2A
    Flushing, NY 11354

    Raphael Osheroff
    [REDACTED]
    Clifton, NJ 07011

        Raphael Osheroff
        ▬▬▬▬▬▬▬
        Cranford, NJ 07016

        Quasem Chowdury
        ▬▬▬▬▬▬▬
        Richmond Hill, NY 11418

        Barclay Medical Billing, Inc.
        3541 Shore Parkway
        Brooklyn, NY 11235

        Parkway Billing, Inc.
        3543 Shore Parkway
        Brooklyn, NY 11235

        Ocean Top Medical Study Inc. ("Ocean Top")
        3260 Coney Island Ave., Apt. A7
        Brooklyn, NY 11235

        REM Consulting Services, Inc.
        2630 Cropsey Ave., Apt. 10H
        Brooklyn, NY 11214

        Harold Pina ("Pina")
        ▬▬▬▬▬▬▬
        Valley Stream, NY 11581

(collectively, the "Fifth Noticed Parties") (together with the First Noticed Parties, the Second Noticed Parties, the Third Noticed Party and the Fourth Noticed Parties, the "Noticed Parties");

       WHEREAS, the notice letters to Spring-1, Ocean Top, and Pina were successfully delivered. The certified notice letters to the remaining Fifth Noticed Parties were returned to this office as undeliverable;

       WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only people and/or entities known by the government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property are hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
_____, 2025
November 13, 2025

The Clerk of the Court shall close dkt. no. 613.

SO ORDERED:

*Loretta A. Preska*
_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE